# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Okwuchukwu Jideofor,

        Plaintiff,

v.                               **ORDER ADOPTING REPORT AND RECOMMENDATION**
                                       Civil File No. 23-113 (MJD/LIB)

FMC Lexington Federal Medical
Center,
United States,

        Defendants.

Okwuchukwu Jideofor, pro se.

Adam J. Hoskins, Assistant United States Attorney, Counsel for Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 30, 2023. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 30, 2023.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 30, 2023 **(Doc. 3)**;

2. Plaintiff's claims against Defendant "FMC Lexington Federal Medical Center" (construed as referring to the Federal Medical Center in Lexington, Kentucky) are **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's constitutional claims against Defendant United States are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 10, 2023                     s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court